# IN THE SUPREME COURT OF THE STATE OF NEVADA

AUGGIE LLC-SERIES 5576 W
ROCHELLE AVE #27B,

Appellant,

vs.

DITECH FINANCIAL LLC, F/K/A
GREEN TREE SERVICING LLC,

Respondent.

No. 80179

**FILED**

MAY 0 1 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

On April 23, 2020, appellant filed a document entitled, "Stipulation to Dismiss Appeal," which this court construes as a motion to voluntarily dismiss its appeal. Having considered the motion, it is granted and this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

_Pickering_, C.J.

cc:  Hon. Eric Johnson, District Judge
     Ayon Law, PLLC
     Wolfe & Wyman LLP
     Eighth District Court Clerk